IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. PHYLLIS MARIE KNIGHT-BEY, and COTRELL THEVAUHGN LILLA KNIGHT, <br><br> Plaintiffs, <br><br> vs. <br><br> NANCY POLSI, DOUG PETERSON, State of Nebraska Department of Justice Attorney General;  FEDERAL BUREAU OF INVESTIGATION, BEN SASSE, Nebraska Branch of Judicial (AOC) Senator; DEB FISCHER, Nebraska Branch of Judicial (AOC) Senator; and DON BACON, Nebraska Congressman of the United States Office; <br><br> Defendants. | **8:19CV331** <br><br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on its own motion.  Plaintiff Dr. Phyllis Marie Knight-Bey filed a Complaint (Filing No. 1) on July 29, 2019.  However, Plaintiff failed to include the $400.00 filing and administrative fees.  Plaintiff has the choice of either submitting the $400.00 filing and administrative fees to the clerk's office or submitting a request to proceed in forma pauperis.  Failure to take either action within 30 days will result in the court dismissing this case without further notice to Plaintiff.[1]

_____

[1] While this case purports to be filed by two Plaintiffs, only Plaintiff Dr. Phyllis Marie Knight-Bey is being ordered to file an Application to Proceed in District Court Without Prepaying Fees or Costs (or Motion for Leave to Proceed In Forma Pauperis) because Dr. Knight-Bey may not represent the other purported Plaintiff—Cotrell Thevauhgn Lilla Knight—in federal litigation, and she may not sign documents on his behalf. *Petties v. Stony Ridge Apartments*, No. 4:15CV3118, 2016 WL 697093, at *2 (D.

IT IS THEREFORE ORDERED that:

1.     Plaintiff is directed to submit the $400.00 fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days.  Failure to take either action will result in dismissal of this matter without further notice.

2.     The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3.     The clerk of the court shall remove Cotrell Thevauhgn Lilla Knight as Plaintiff in this action.

4.     The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **September 4, 2019**: Check for MIFP or payment.

Dated this 5th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

Neb. Feb. 19, 2016) (it is improper for non-lawyer to sign papers in place of, or to otherwise represent, parties other than themselves) (citing 5A C. Wright & A. Miller, *Federal Practice and Procedure* § 1333, at 513 & n.15 (2004)). If Cotrell Knight seeks relief, he must file such a request himself or through an attorney. I shall direct the Clerk of Court to remove Cotrell Thevauhgn Lilla Knight as Plaintiff in this action.